UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20618
_____


UNDERWRITERS SERVICE COMPANY,

            Plaintiff/Counter-Defendant/Appellee,

                    versus

EMPIRE FIRE AND MARINE COMPANY,

            Defendant/Counter-Claimant/Appellant.

_____

Appeal from the United States District Court for the
           Southern District of Texas, Houston
                    (H-96-CV-2245)
_____

                   March 9, 1998
Before REAVLEY, JONES, and BENAVIDES, Circuit Judges.[*]

PER CURIAM:

    AFFIRMED.  *See* Local R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.